Case 3:21-cv-00114 Document 1 Filed on 05/17/21 in TXSD Page 1 of 10

United States Courts
Southern District of Texas
FILED

MAY 17 2021

Nathan Ochsner, Clerk of Court

Appendix A

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## _____ DIVISION

Lisa Marie Searcy, plaintiff §
State Bar of Texas, §
versus Office of Chief Disciplinary Counsel, §
Texas Attorney General Warren 'Ken' Paxton, § CIVIL ACTION NO. _____
Texas Department of Family and Protective Services, §
Galveston County Sheriff's Department, CPS §
Judge Anne Darring, Judge Jaime Rowlinson, §
Jaclyn Cobb Chavez, Helen Truscott, Mark Aronowitz §  Jury trial requested
Judge Stephen Baker, §
Judge Kerri Foley, §
Judge Barbara Roberts, Tara Wheeler, Jennifer Burnett

(33)

Shauna Correia,
Wini Fred Weber,
Sallie Godfrey,
Tara Wheeler,
Jennifer Burnett,
Sandra Wahn,
Teal delagarza,
Douglas Godinich,
Tad Nelson,
Amber Spurlock,
Velda Faulkner,
Nicholas Saronto,
Casa-Ricci Rodriguez,
Luis Sawyer,
Connie,
Tammy Cisernos,
Nicole Bates,
Edward Raxford,
Juan Chavarria,
Ralph Willis,
Harris County constable pct 1 Alan Rosen,
~~...~~,
~~...~~,
~~...~~,
~~...~~,
Joseph Vredevelt

~~EMPLOYMENT~~ DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for ~~employment~~ discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Lisa Marie Searcy  347183 TDCJ 1162090

   Address: 4818 Big Reef / 5700 Ave H
   Bacliff, TX 77518 / Galveston, TX 77551

   County of Residence: Galveston  D-100

3. The defendant is: Texas Attorney General "Warren 'Ken' Paxton"

   Address: PO Box 12548 / 5300 FM 2004 Rd
   Austin TX 78711-2548 / LaMarque, TX 77568
   603. custserv@texasattorneygeneral.gov

   ☒ Check here if there are additional defendants. List them on a separate sheet of paper with their complete address. See back of this page. (X 33)

4. The plaintiff has attached to this complaint a copy of ~~the charges filed on~~ exhibits _____ ~~with the Equal Opportunity Commission.~~

5. ~~On the date of~~ _____, ~~the plaintiff received a Notice of Right to Sue~~
The plaintiff is a crime victim of State corruption, police corruption, attorney malpractice, and judicial misconduct not limited too violating her constitutional/civil rights, offender rights, and parental rights causing the Lisa Marie Searcy family irreparable injury. The defendants are negligent. willful negligence/gross negligence

pg 1 of 3

Office of Chief Disciplinary Counsel
PO Box 12287
Austin TX 78711

Cps galveston
123 Rosenberg, 5th Floor
galveston, tx 77551
Therese Cornwell
409 370 5781
therese.cornwell@dfps.state.tx.us
Sarah morrison

Tammy Cisneros
tammy.cisneros@dfps.state.tx.us
832 599 4086

Casa - Barbara
Ricci Rodriguez
409-229-1405
ricci@casagalveston.org
Laise Sawyer
lailou100@cloud.com
713 353 9979
4222 meadowbank
Seabrook, TX 77586
Carrie Ricketts
casagalveston.org
admin@casagalveston.org
10000 emmett f lawry expy
ste 4000 unit 300B
TX city, TX 77591
409-572-2552

Winifred weber
2525 Bay Area blvd ste 310
Houston, TX 77058
winifredweber@gmail.com
281-732-2087
281-488-9009

(wannlawyer@gmail.com)
Sandra Wann
PO Box 1137
Friendswood, TX 77549
832 747 2939
~~Ror Willis~~
~~Kosta willis~~
~~2456 grand teton dr~~
~~Houston, TX 77067~~

State Bar of Texas
PO Box 12487
Austin TX 78711

Juan Chavarria
507 S. 16th
Donna, TX 78537
956 283 4432

Ralph Willis
4866 Russell
Houston, TX 77024
832 489 9940

Shauna Correia
1700 FM 517 rd e ste B
Dickinson, TX 77539
281 713 9896
281 534 2400
sbc@correialaw.com

Teal De la garza
17050 el camino Real
Houston, TX 77058
281 486 7007
teal@bdlg.com

Douglas Galinich
1605 23rd st
galveston, tx 77550
Dtglaw1@aol.com

~~Michele Jezek~~
~~5014 Chosewick~~
~~Bacliff, TX 77518~~
~~832 800 4412~~

Edward Matthew Buford
5609 eastmount pleasant
Houston, TX 77093
281 449 0994
832 368 7300

Helen Truscott
281 337 2537
314 FM 517 Rd W
Dickinson, TX 77539
~~Harold Willis~~
~~4612 Fatts~~
~~Houston, TX 77026~~
~~281 294 4182~~

Mark Aronowitz
PO Box 1201
TX city, TX 77592
markaronowitz@hotmail.com
713 894 3857
281 402 6780

Jennifer Burnett
600 59th ste 1001
galveston, TX 77551
409-770-5123
Jennifer.Burnett@co.galveston.tx.us

Jaclyn Cobb Chavez
600 59th ste 3304
galveston, tx 77551
409-766-2255

Judge Anne Darring
Judge Jaime Rawlinson
600 59th ste 3304
galveston, tx 77551
409-766-2255

Joseph Vredeveldt
7020 Dillon St
Houston, TX 77061
888 831 2357

galveston county sheriff
Henry Trochesset
601 54th ste 2100
galveston, tx 77551

Tx Dept of Family & Protective
Services
PO Box 149030
Austin TX 78714
512 438 4800
800 720 7777

Nicholas Saranto
2400 S Shore blvd ste 300
League City, TX 77573
409-750-0159

Jana Wheeler
600 59th st ste 1001
galveston, tx 77551
409 766 2355
Jana.wheeler@galvestoncountytx.gov

Sallie godfrey
po box 969
Alvin TX 77512
281 802 1743
sgal76@gmail.com

Judge Stephen Baker
"Barbara Roberts
"Kerri Foley
600 59th ste 3304
galveston, tx 77551
409-766-2405
409-795-3034

Nicole Bates
2010 Northloop W
#175
Houston TX 77018
713 225 1300

Velda Faulknor
11152 Wertheimer
#1644
Houston TX 77042

Tad Nelson
Amber Spurlock
820 e main
League City, TX
77573
281 280 0100

Harris County
Constable pct 1
Alan Rosen
1302 preston
suite 301
Houston, TX 77002
713-755-7628

~~letter issued by the Equal Employment Opportunity Commission; a copy is attached.~~

6. Because of the plaintiff's:

    (a) ☑ race    F ☑ marital status

    (b) ☑ color    G ☑ socioeconomic status

    (c) ☑ sex    H ☑ criminal background disclosure

    (d) ☐ religion

    (e) ☐ national orgin,

    the defendant has: committed crimes against the plaintiff engaged in obstruction/retaliation against Lisa Marie Searcy collect child support

    (a) ☑ failed to ~~employ~~ the plaintiff and failed to enforce court orders

    (b) ☑ ~~terminated the plaintiff's employment~~ failed to report crimes against the plaintiff, failed to grant the plaintiff crime victim assistance and honor Texas crime victim bill of rights

    (c) ☑ failed to ~~promote~~ the plaintiff execute professional duty to

    (d) ☑ other: Denied plaintiff due process of law and equal protection, Denied plaintiff effective assistance of counsel, refused to honor plaintiff's pro se' motions, refused to collect judgment, serve process, not limited too see complaint, SBOT complaint, SJC complaint, ombudsman

7. When and how the defendant has discriminated against the plaintiff:

    retaliated against the plaintiff unlawfully removing the children from her custody, placing criminal charges on her, not protecting her, not enforcing court orders, denying her a meaningful forum resolution professionally/civilly in court/ been negligent

8. The plaintiff requests that the defendant be ordered:

    (a) ☑ to stop discriminating against the plaintiff   issue injunction to cease defamation, slander

    (b) ☑ to ~~employ the plaintiff~~ grant restraining orders and criminally prosecute defendants

    (c) ☑ to ~~re-employ~~ the plaintiff eliminate hearsay against order redactions/omit

    (d) ☑ to ~~promote~~ the plaintiff return children to custody of Lisa Marie Searcy immediately without delay.

    (e) ☑ to stop violating the rights of the Lisa Marie Searcy family

    (f) ☑ to cease the harassment, obstruction, retaliation against the plaintiff Lisa Marie Searcy

    (g) ☑ to terminate employment of defendants not limited too, disbarment, license revocation,

    (h) ☑ to uphold Lisa Marie Searcy's pro se' motions/petitions

8. I ☒ to refund unearned retainers/retainers, award plaintiff damages not limited too

J ☒ To refund professional fees to Lisa Marie Searcy and damages not limited too loss of income, loss of future earnings, increased debts

(e) ☐ to _____
_____
_____ and that;

(f) ☒ the Court grant other relief, including injunctions, damages, costs and attorney's fees. Any and all plaintiff is entitled too

G ☒ plaintiff requests court grant relief from each defendant, case party including injunctions, damages, costs, and attorneys fees

H ☒ plaintiff requests damages of two hundred million dollars payable to her

Lisa Marie Searcy 347183 TDCJ# 1162040
(Signature of Plaintiff)

Address: 5700 Ave H
Galveston, tx 77551 D-100

Telephone: no phone / no email

<u>Certificate of service</u>
plaintiff requests the US District Clerk to provide a copy to each defendant/case party.

<u>Notice of hearing</u>
Attn: coordinator - please create and deliver a docket control order to each case party.

page 3 of 3

Defendants

Tammy Cisneros - tammy.cisneros@dfps.state.tx.us
123 Rosenberg ste 500          8325994086
galveston, Tx 77550

Texas Dept. of family & protective Services
po Box 149030
Austin Tx 78714    5124384800

Galveston County sheriff's Department - Henry Trochesset
601 54th st ste 2100
galveston, Tx 77551

Charlotte Jernigan        csp-legal-1002@oag.texas.gov
5300 Fm 2004              18002528014
lamarque, Tx 77568-2402  409-986-7688
- Diane norton, mario sanchez, khadjah Davis, karmah Stokes, Sharon Hernandez
nicholas Saranto -
2400 S shore blvd ste 300
league City, Tx 77573        409-750-0159

Louise Sawyer      loulou1001@cloud.com
4222 meadowbank
Seabrook, Tx 77586   7133539979

Office of chief Disciplinary Counsel
pO Box 13287
Austin Tx 78711

Nicole Bates
2010 North Loop W Ste 175
Houston, TX 77018
713 225 1300

Amber Spurlock / Tad Nelson
820 E Main St
League City, TX 77573   281 280 0100

Velda Faulkner
11152 Westheimer Rd #694
Houston, TX 77042
713 783 1034

Ralph Willis
4806 Russell
Houston TX 77026   832 489 9940

Texas Attorney General - Warren Paxton
PO Box 12548
Austin TX 78711-2548

~~Roger Willis / Kesha Willis~~
~~9075 W Grand Ct Texon~~
~~Houston TX 77067~~

Shauna Correia - sbc@correialaw.com
1700 FM 517 Rd E Ste B
Dickinson, TX 77539   281 534 2400 / 281 713 9894

Judge Anne Darring
anne.Darring@co.galveston.tx.us / ~~Jaclyn Cobb Chavez~~
600 59th St Ste 3304
galveston, tx 77551-4196  409-766-2255 / 409-965-2936 fax

Jaclyn Cobb Chavez - Jaclyn.cobb-chavez@co.galveston.tx.us
600 59th St Ste 3304
galveston, tx 77551-4196

Jennifer Burnett - Jennifer.Burnett@co.galveston.tx.us
600 59th Street Ste 1001
galveston, tx 77551      -409-766-2364 / 409-765-3237

Sarah Morrison - sarah.morrison@dfps.state.tx.us
123 Rosenberg Ste 500
galveston, tx 77550    409-766-5951

Therese Cornwell - Therese.Cornwell@dfps.state.tx.us
123 Rosenberg Ste 500    409-370-5781
galveston, tx 77550

Hope Singleton - Hope.Singleton@dfps.state.tx.us
123 Rosenberg Ste 500
galveston, tx 77550

Tyler Lopez - Tylerklopez@yahoo.com / Tyler.lopez@dfps.state.tx.us
151 Corkwood
Lake Jackson, tx 77566  936-662-8283

Marla Allen - marla.allen@dfps.state.tx.us
123 Rosenberg Ste 500
galveston, tx 77550

Jana Wheeler - 409-766-2364
600 59th Street ste 1001
galveston, tx 77551
Jana.wheeler@co.galveston.tx.us

Teal De la garza - teal@bdlg.com - 281 486 7007
17050 el camino Real
Houston, TX 77058

casa - admin@casagalveston.org / ricci Rodriguez 409-229-1405
Connie Ricketts - 10000 emmet F lowry   ricci@casagalveston.org
Barbara                expy ste 4000 unit 300 B
                  Texas City, TX 77591    409-572-2552

mark Aronowitz - markaronowitz@hotmail.com - 281 402-6780
po Box 1201                              7138943857
Texas City, TX 77592

Douglas gorlinich - Dtglaw1@aol.com - 409-763-4309
1605 23rd st
galveston, tx 77550

Sandra Wann - wannlawyer@gmail.com - 832-247-2939
po Box 1137
Friendswood, TX 7749

Helen Truscott - Hstlaw@msn.com - 281-337-2537
314 Fm 517 rd W
Dickinson, Tx 77539

Joseph Vredevelt
7020 Dillon St
Houston, TX 77061 (888) 831-2357

Juan Chavarria
507 S 16th
Donna, TX 78537    956 283 4432

Harris County Constable pct 1 Alan Rosen - 713-755-7620
    1302 Preston ste 301
    Houston, TX 77002

Jaime Rawlinson   (Jaime.Rawlinson@co.galveston.tx.us)
600 59th St ste 3304
Galveston, TX 77551-4196 - 409-766-2255 / 409-765-2936

Edward Buford
5609 east mount pleasant rd.
Houston, TX 77093    832/368/7300 / 281/449/0994

Winifred Weber - winifredweber@gmail.com
2525 Bay Area blvd ste 310
Houston, TX 77058    - 281 732-2087 / 281 488-9009

Sallie Godfrey - sgod76@gmail.com
PO Box 969
Alvin TX 77512 - 281 802 1743 - / 800-215-6082 fax

Judge Barbara Roberts / Stephen Baker / Kerri Foley
600 59th St Ste 2204
galveston, tx 77551   409-766-2405 / 409-795-3034